UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW OLD MUSIC GROUP, INC., <br><br>              Plaintiff, <br><br>     -v- <br><br> LUKASZ GOTTWALD, *et al.*, <br><br>              Defendants. | Civil Action No. 13 Civ. 9013 (RA) <br><br> **DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants' Statement of Undisputed Facts in Support of their Motion for Summary Judgment, the accompanying Declaration of Jeffrey M. Movit in Support of Defendants' Motion for Summary Judgment and the exhibits thereto, and all prior pleadings and proceedings herein, Defendants Lukasz Gottwald, Prescription Songs LLC, Kasz Money, Inc., Kobalt Music Publishing America Inc., Jessica Cornish, Sony/ATV Tunes LLC, Sony/ATV Music Publishing (UK) Limited, UMG Recordings, Inc., Republic Records, a division of UMG Recordings, Inc. (incorrectly sued as "Universal Republic Records") and Lava Music, LLC ("Defendants") respectfully move this Court for summary judgment in their favor, pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing Plaintiff's single claim for copyright infringement in its entirety.

Pursuant to the Case Management Plan and Scheduling Order (Dkt. No. 37), Plaintiff shall file its summary judgment opposition by October 31, 2014, and Defendants shall file their summary judgment reply by November 17, 2014.

Dated: October 6, 2014
New York, New York

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

By:   /s/ Christine Lepera
Christine Lepera (*ctl@msk.com*)
Jeffrey M. Movit (*jmm@msk.com*)
Bradley Mullins (*bym@msk.com*)
12 East 49th Street, 30th Floor
New York, New York 10017-1028
(212) 509-3900 – Telephone
(212) 509-7239 – Facsimile

*Attorneys for Defendants*