UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW OLD MUSIC GROUP, INC.,

Plaintiff,

-v-

LUKASZ GOTTWALD, *et al.*,

Defendant.

Civil Action No. 13 Civ. 9013 (RA)

## DECLARATION OF DR. LAWRENCE FERRARA
## IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

DR. LAWRENCE FERRARA, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I have been retained as an expert witness on behalf of Defendants in this action.  I submit this Declaration in support of the Defendants' motion for dismissal of this action as a matter of summary judgment.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of my initial expert report in this matter, which report is incorporated herein as though set forth in full.

3.      Attached hereto as Exhibit 2 is a true and correct copy of my rebuttal expert report in this matter, which report is incorporated herein as though set forth in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   November 24 2014

at New York, NY

Dr. Lawrence Ferrara