# Exhibit D

SCHWARTZ & PONTERIO, PLLC
ATTORNEYS AT LAW
134 West 29th Street - Suite 1006
New York, New York 10001-5304
Tel. No.: (212) 714-1200
Fax No.: (212) 714-1264
E-Mail: blevenson@splaw.us

September 5, 2014

BY US MAIL

Jeff Movit, Esq.
Mitchell Silberberg & Knupp LLP
12 East 49th Street, 30th Floor
New York, NY 10017
(917) 546-7708 (direct)

Re: New Old Music Group, Inc. v. Gottwald, *et al.*
S.D.N.Y. 13 CV 9013
Our File No. 4020.02

Dear Mr. Movit:

Please find Mr. Payne's Invoice and travel expenses enclosed.

Very truly yours,

Brian Levenson, Esq.

**Jim Payne**

**REDACTED**

---

INVOICE

Sept. 1, 2014

Deposition: Zimba Ku/Price Tag Case

Travel time:

Aug. 23, Carmel Valley to NYC, 12 hrs.

Aug. 25, NYC to Carmel Valley, 11hrs.

Rate: $400/hr.

Total: $9200

Preparation for deposition:

Weds. Aug. 20, 2 hrs.
Thurs. Aug. 21, 4 hrs.
Fri. Aug. 22, 3 hrs.
Sun. Aug. 24, 3.5 hrs.

Total: $5000

Deposition:

Aug. 25, 7 hrs.

Total: $2800

Total: $17,000

Thank you very much,

Jim Payne



Transaction Details Prepared for
**James M Payne**
Account Number

REDACTED

| Date | Description | Card Member | Amount |
|---|---|---|---|
| AUG 12 2014 | **Travel Insurance PolRichmond** | J FITZPATRICK PAYNE | $28.68 |

Doing business as:

**ALLIANZ GLOBAL ASSISTANCE**

2805 N PARHAM RD

RICHMOND

VA

23294-4401

UNITED STATES

Additional Information: INSURANCE SALES

Reference: 320142250178665187

Category: Business Services - Insurance Services

**Transaction Details**

**Description**

210012203387

212 714-1264

221
28.88
651.60
85.59
79.00
444.60
$ 1289.67



Transaction Details Prepared for
James M Payne
Account Number

**REDACTED**

| Date | Description | Card Member | Amount |
|---|---|---|---|
| AUG 12 2014 | AA AIR TICKET SALE 4DALLAS TX | JAMES M PAYNE | $651.60 |

Doing business as:

**AMERICAN AIRLINES E TKT**

AMERICAN AIRLINES-CCS
7645 E 63RD ST, SUITE 600
TULSA
OK
74133
UNITED STATES

**Flight Details**

MONTEREY PENINSULA  LOS ANGELES INTERN

LOS ANGELES INTERN  N.Y. J F KENNEDY I

Additional Information: AMERICAN AIRLINES
Reference: 320142250177104125
Category: Travel - Airline

Ticket Number: 0012340767276
Date of Departure: 08/23
Passenger Name: PAYNE/JAMES
Document Type: PASSENGER TICKET



YOU HAVE NOT CREATED ANY TAGS YET. TO GET STARTED, TYPE A NEW TAG NAME IN THE TEXTBOX BELOW, THEN CLICK ON THE "CREATE" BUTTON.

Create

CREATE A NEW TAG
Enter Tag name Create Tag
SHARED
THIS TAG IS SHARED AND CAN ALSO BE USED BY ADDITIONAL CARD MEMBERS
PRIVATE
THIS TAG IS PRIVATE AND CAN ONLY BE USED BY YOU
TAG MULTIPLE TRANSACTIONSCREATE RULE



Transaction Details Prepared for
James M Payne
Account Number

REDACTED

| Date | Description | Card Member | Amount |
|---|---|---|---|
| AUG 12 2014 | AA MISC SALE/ TAX/ FDALLAS TX | JAMES M PAYNE | $85.59 |

Doing business as:

**AMERICAN AIRLINES E TKT**

AMERICAN AIRLINES-CCS

7645 E 63RD ST, SUITE 600

TULSA

OK

74133

UNITED STATES

Additional Information: AMERICAN AIRLINES

Reference: 320142250177104118

Category: Travel - Airline

**Flight Details**

Ticket Number: 0010654295643

Date of Departure: 08/12 23

Passenger Name: PAYNE/JAMES

Document Type: MISCELLANEOUS TAX(S)/FEE(S)



Transaction Details Prepared for
**James M Payne**
Account Number

REDACTED

| Date | Description | Card Member | Amount |
|---|---|---|---|
| AUG 12 2014 | UNITED AIRLINES HOUSTON TX | J FITZPATRICK PAYNE | $79.00 |

Doing business as:

**UNITED AIRLINES**

DEPT HQJ-CM

600 JEFFERSON STREET

HOUSTON

TX

77002-7363

UNITED STATES

Additional Information: UNITED AIRLINES
Reference: 320142250172795640
Category: Travel - Airline

**Flight Details**

N.Y. NEWARK INTL A  LOS ANGELES INTERN

Ticket Number: 01629214494736

Date of Departure: 08/25

Passenger Name: PAYNE /ECONOMY PLUS S

Document Type: SPECIAL SERVICE TICKET



Transaction Details Prepared for
**James M Payne**
Account Number
**REDACTED**

| Date | Description | Card Member | Amount |
|---|---|---|---|
| AUG 12 2014 | UNITED AIRLINES HOUSTON TX | J FITZPATRICK PAYNE | $444.60 |

Doing business as:
**UNITED ELEC TICKETNG**
600 JEFFERSON ST
STE 1900
HOUSTON
TX
77002-7393
UNITED STATES

Additional Information: UNITED AIRLINES
Reference: 320142250172687402
Category: Travel - Airline

**Flight Details**

N.Y. NEWARK INTL A  LOS ANGELES INTERN

LOS ANGELES INTERN → MONTEREY PENINSULA

Ticket Number: 01624184153896
Date of Departure: 08/25
Passenger Name: PAYNE/JAMESMMR
Document Type: PASSENGER TICKET



         

## HILTON GARDEN INN NEW YORK CHELSEA

### Credit Card Payment Authorization Form

***Please complete all areas below. Incomplete requests may be rejected. This form must be received at least 5 business days prior to the Check-In, or by specified date in Event Contract, to ensure acceptance of the credit card to be charged. Do not send completed form by email.***

**FAX COMPLETED FORM TO:** 212-564-6581 **ATTN:** ____________________

**CARDHOLDER - Please complete the following section and sign/date below.**

Guest / Group Name: James Payne

Confirmation number: REDACTED

Check-In / Event Date: 8/23/14

Name of Person/Group Making Reservation: John Ponterio/Schwartz + Ponterio PLLC Phone:

Cardholder Name as it Appears on Credit Card: John Ponterio

Cardholder Billing Address: REDACTED

City: NY State: NY Zip:

Daytime /Business Telephone: Evening Telephone:

Credit Card Number: [redacted] Expiration Date:

Credit Card Type: (Circle one)
Visa/MasterCard American Express Discover JCB Diners Club

Credit Card Issuing Bank Name: REDACTED Bank Phone Number (from back of your credit card): REDACTED

I agree to cover the following categories of charges: (Please circle)
All Charges Room & Tax Food & Beverage Retail Recreation

I agree to cover the above categories of charges up to a Maximum Amount of $ ____________

DIRECT BILL ACCOUNT PAYMENTS ONLY: (For direct billing customers paying by credit card)

Name on Invoice/Statement ____________________ Date on Invoice/Statement ____________

Invoice/Statement Number ____________________ Authorized Amount $____________

**Note: Charges for room and tax, group deposits or direct bill account payments will be charged to your credit card immediately. Any incidental charges circled above will be charged at the time of check-out.**

Amount to be immediately charged to credit card for room and taxes or deposit: $ 475.18

Final Balance Billed to Credit Card (hotel use only): $____________

By signing below, you authorize the hotel to charge your credit card immediately for the amount indicated above up to the "Maximum Amount" indicated above. You further acknowledge that if "all charges" has been selected, then all guest/group related charges (less Deposit) will be charged to the above card number at the time of check-out or event conclusion.

[signature] 8/21/14

Cardholder Signature: Date:

**HOTEL USE ONLY:**

Authorized Amount: Approval Code: Date:

Rev 08/08