MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jeffrey M. Movit
Partner
(917) 546-7708 Phone
(917) 546-7678 Fax
jmm@msk.com

August 21, 2015

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2203
New York, NY 10007

**Re:** *New Old Music Group, Inc. v. Gottwald et al.* **- Case No. 13 Civ. 9013 (RA)**

Dear Judge Abrams:

We are counsel for Defendants in the above-referenced action.

Pursuant to Individual Practice Rule 4(G), we write to respectfully request oral argument in connection with the Motion for Reconsideration which Defendants filed and served today.


Respectfully submitted,

/s/ Jeffrey M. Movit
Jeffrey M. Movit
MITCHELL SILBERBERG & KNUPP LLP

cc:     Counsel for Plaintiff *(via ECF)*

7049157.1/41770-00010

12 East 49th Street, 30th Floor, New York, New York 10017-1028
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: WWW.MSK.COM